UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HOPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>NEVIS ENTERPRISES INC., dba A-1 AUTO GLASS, MARISSA TAVAKOLI dba QUALITY AUTO REPAIR, MILTON D. SNELLING, MARILYN SNELLING, MILTON D. AND MARILYN SNELLING TRUST, MILTON D SNELLING TRUSTEE, MARILYN SNELLING TRUSTEE, and DOES 1-10, inclusive.,<br><br>        Defendant. | No. 2:14-cv-00548-KJM-AC<br><br><br>ORDER TO SHOW CAUSE |

On February 26, 2014, the court issued an order setting a status (pretrial scheduling) conference for July 10, 2014 at 2:30 pm. Order 1, ECF No. 3. In the same order the court required the parties to submit, at least seven days prior to the status conference, a joint status report, and "in the extraordinary event the parties are not able to file a joint status report," each party was ordered to file an individual status report. *Id.* at 2-3. On July 8, 2014, the plaintiff moved to continue the pretrial scheduling conference for thirty days. Motion to Continue 1-2, ECF No. 5. The conference was vacated by minute order the same day and reset for August 14, 2014 at 2:30pm. ECF No. 6. On the court's own motion, the conference was again reset by

1  minute order on August 5, 2014 for September 18, 2014 at 2:30 pm.  ECF No. 7.  On September
2  15, 2014, the parties had not submitted a joint status report, joint or individual, and the court reset
3  the status conference again by minute order for October 2, 2014.  ECF No. 8.  On September 29,
4  2014 the parties had not submitted a status report, joint or individual, and the court vacated the
5  status conference set for October 2, 2014.  ECF No. 9.  As of the date of this order, the defendants
6  have not yet appeared.

7        Accordingly, counsel for the plaintiff is hereby ordered to show cause on or before
8  October 9, 2014 why sanctions should not be imposed against counsel and/or the plaintiff for
9  their failure to comply with the court's order to submit a joint or individual status report.
10 Plaintiffs shall serve this order on each of the parties named in the complaint.
11       IT IS SO ORDERED.
12 DATED:  October 2, 2014.

                              UNITED STATES DISTRICT JUDGE